**Order entered September 25, 2014**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-14-00155-CR

**RANDY ALEXANDER REYES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

### On Appeal from the 291st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F11-35901-U

## ORDER

On August 5, 2014, this Court ordered court reporter Peri Wood to file, within twenty-one days, the reporter's record of the April 12, 2012 plea hearing conducted in this case. We further ordered Ms. Wood to provide appellant's counsel a paper copy of the record for delivery to appellant and for counsel to provide the Court written verification he sent appellant the paper copy of the record. To date, Ms. Wood has not filed the reporter's record of the plea hearing in this Court nor has counsel provided written verification that a paper copy was delivered to counsel.

Accordingly, we **ORDER** court reporter Peri Wood to file, within **TEN DAYS** of the date of this order, the reporter's record of the April 12, 2012 plea hearing conducted in trial court no. F11-35901-U (cause no. 05-14-00155-CR). We further **ORDER** Ms. Wood to provide

appellant's counsel with a paper copy of the reporter's record of the April 12, 2012 plea hearing so that counsel may send it to appellant to allow appellant to file a pro se response to the *Anders* brief filed by counsel. No extensions will be granted. If the Court does not receive the reporter's record of the plea hearing within the time specified, the Court will utilize the available remedies to obtain the record, including ordering that Peri Wood not sit as a court reporter until she complies with this Court.

We **ORDER** appellant's counsel to provide written verification to the Court, within **FIFTEEN DAYS** of the date of this order, that he has sent appellant a copy of the April 12, 2012 plea hearing record.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Jennifer Balido, Presiding Judge, 291st Judicial District Court; Peri Wood, official court reporter, 291st Judicial District Court; John Tatum; and Michael Casillas.

/s/     LANA MYERS
          JUSTICE